UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. 4:10 CR 00177 HEA (MLM) |
| ) | |
| ) | |
| RICHARD RUSSELL, ) | |
|     Defendant. ) | |

**NOTICE OF INTENT TO RELY INSANITY DEFENSE PURSUANT TO RULE 12.2 (a) &(b)**

    COMES NOW Defendant, by and through his attorney, and respectfully gives notice that the defendant is relying on the defense of Insanity pursuant to Rule 12.2 (a) &(b) of the Federal Rules of Criminal Procedure.

    Respectfully Submitted,

    /s/ David Bruns

    _____
    David Bruns #100803
    Attorney for Defendant
    8000 Bonhomme Suite 112
    Clayton, MO 63105
    Phone:  314-832-0202
    Fax:     314-721-4914

CERTIFICATE OF SERVICE

    I certify that a true copy of the above was served on the U.S. Attorney's Office via electronic e-mail on the above date.

    /s/ David Bruns

    _____
    David Bruns