10-7-12
at 6:00 RECEIVED 10 M      FILED
OCT 11 2012               OCT 11 2012
BY MAIL                   U.S. DISTRICT COURT
                          EASTERN DISTRICT OF MO
                          ST. LOUIS

Judge Autrey I'm writeing you, to let you know, that I wont another Federal parole officer cause, John Ross ain't doing nothing to help me I done ask him over and over to move me to North View Village Nurseing home, cause me and Kerry the lady that runs this Normandy Nurseing home don't get alone here peoria, I talked to Mrs Ann Ross the lady that runs North View Village and she told me she don't mine me comming back over their as long as they send my level two paper work to her, I just got my medicaid back on and she told me long as I got medicaid I can come over their But John Ross won't let me go over their. Thats why I wont another parole officer thats so help me he ain't doing nothing for me to move over their. I even wrote Mr Douglas Durris the chief of the probation office, he never wrote me back, I'm not getting no help here at this Normandy nurseing home, I'm fed up with this nurseing home and Kerry, here give me an probation officer that so help me get into North View Village the Number to North View Village is 314-361-1300, you can call Mrs Ann Ross and she can tell you she don't have no problem me comming their, John Ross won't even help me go over their, I'm thinking about walking away from here when I done told John Ross to move me away from here, so I'm asking you could you please help me get into North View Village cause I was their at one time, and Ann Ross helped me with all my problems I was going through, John Ross ain't doing nothing for me but Blowing smoe up my Ass.

When I Leave walking away from here don't say I didn't ask him to move me. To North View Village. All you got to do is call Mrs Ann Ross she knows me real well their. I can't call Victor Vegas cause I'm not under BOP any-more. I.F I have to write my attorney mr Davis Bruns to ask him to move me I will. his Number is 314-832-02-02, he was my attorney on this Last case I had. I have Nothing else to say to John G. Ross cause he ain't doing nothing to help me. Sense I got my medicaid back I want to go to North View Village. I'll feel better over their. And I can get the help I need. Kerry ain't doing nothing for me here. Every time I try to talk to her she. Never have any-time for me. You can't tell John Ross that. I'm fed up with John Ross peoria, get me another parole officer cause I'm go walk away from here soon just watch and see. I'm go call my attorney Monday or Tuesday morning. cause I can't get John Ross to do nothing for me. any-more, I'm tired of asking him to get me away from Norman Nurse home. I'm go leave here just mark my work. Judge Autrey, seem like I can't get no help from John Ross any-more calling my attorney might help me get into North View Village

Richard Lee Russell - Bey

#27182-044.

