RECEIVED
JAN 11 2013
BY MAIL

Hellow, Judge Baker, I'm writeing you to ask you why I didn't come to court on the 7, of this month, could you write me and let me know why I didn't come to court on the 7, I really would like to know whats going on with my violation, No body wont tell me nothing I can't get my ~~~~ lawyer to come and see me, his name is David Bruns, he won't tell me whats going on with my violation, Judge Audrey is my sentenceing Judge, It would be a big help to me if you could let me know whats going on with my violation I only got till 2015 and I'll be done with my federal parole, please let me know why I didn't have court on the 7, could you write me and let me know what happen to my court date, my parole officer name is John G Ross I just would like to know what happen to the 7, that whats you told me the last time I seen you, please write me back and let me know what happen to my court date, I can't get my lawyer to come see me, I'm out in St Charles mo county jail, I just wont to know what happen to my court date, It was set for the 7, of January please write back once you get my letter please

Richard Lee Russell, Federal Inmate
301 North Second Street 63301
St charles mo

United States Federal Courts only
To Judge Baker United States Federal Court
Eastern District of Missouri Suite 2.325 Judge
111, South 10th Street, St Louis mo. 63102.

legal mail



Hasler

Mailed From 63301
US POSTAGE
$00.450

RECEIVED
JAN 11 2013
BY MAIL

016H26504925

6310212599