4-10-13
at 9:15 pm

RECEIVED
APR 15 2013
BY MAIL

FILED
APR 15 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Judge Autrey I'm writeing you to let you know I'm back in St Louis mo. plus I wont to let you know that Davis Bruns ant doing nothing to help me, he never comes see me or answer none of my calls like he suspose to do. I done even ask him for an copy of my PSI Report I done ask him 4 or 5 Times for an copy of my PSI Report he never sent it to me. I wont him off my case, Before I do him like I did Lee Lawless! I don't wont him on my case any-longer, he's not doing nothing to help me, he wont even come see me, plus I Been writeing him But he never do write me Back! he wont even tell me what I'm charge with, every time I call him he never do answer his phone, Judge Autrey I wont Davis Bruns off my case, he's no help to me, cant get him to come see me, I done wrote him over 3 letters sense I Been Back, he never respon to none of them, I wont an new attorney thats so help me ans come see me, have my Doctors Report came Back yet. I just wont to know what I'm charge with, and an copy of my PSI Report, Davis Bruns ant doing nothing for me Judge Autrey! get him off my case, Before I start threating him like I did mr Lee T. Lawless, mr Lawless can tell you I did him real Bad! I'm just letting you know how Davis Bruns is treating me, I done ask him over and over to come see me, I need to talk to him But he wont answer none of my calls, I wont nothing else to do with Davis Bruns I want him off my Fed case. People

Judge Autrey It also won't you to know IF you don't Get David Drum OFF my case Im so start writeing and threating him So Im go let you know before It go It' I can't Get him to do nothing For me, Get me an new Attorney That's so ~~~~ Except my calls Some times It Don't Even know what Im being charge with, could you write me and her me know what Im charge with?" cause I can't Get David Drum to write me or nothing. I Don't know why he won't come see me; IF one Ask him to many times For a copy of my PSI Report: Im Letting you know before It start threating him. I Won't him OFF my case Level For good; he's Not Doing nothing For me, Im sitting up here Not knowing what Im charge with That's why Im writeing you To Let you know It won't an new Attorney. That's go help me cause he Ant going noth; To help me; please Let me know what Im being charge with please Judge Autrey then I'll Feel A whole lots Better, Get David Drum OFF my case Before It hurt his Feeling Real Bad; I Just won't An Attorney that's go help me In court. I can't Get David Drum To Come visit me hear Im In St charles county Jail. So Im Let you handle It From here I won't him OFF my case For good; Im So Threating him IF you don't Get him OFF my case

Richard Lee Russell-21192-044
St Charles County Jail
301 N. Second street
St charles mo 63301

LEGAL
MAIL
ONLY

To Judge H. Autrey
United States Federal Court
Eastern District of Missouri
111 south 10th street Suite 2.325
St Louis MO.
63102



RECEIVED
APR 15 2013
BY MAIL
JUDGE

016H26504925
$00.460
Mailed From 63301
US POSTAGE
Hasler