4-13-13
at 10:30

PLEASE WRITE ME BACK AND LET ME KNOW WHAT YOU SAY OK.

RECEIVED APR 16 2013 BY MAIL

FILED APR 16 2013 U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS

Judge Autrey I Talked To my Family And They Told me I Could Not come Live with Them any-more. And I'm Not welcome To They home any-more. If you Do give me an Another chance Where an I go Live at. I have No place To go! my parole Officer John Ross Told me I could Not go Back To Normansy Nursein center, any-more?!! I have Nothing Judge Autrey. Both of my parents are Dead! I Lost Every Thing I Ever owened I Lost it In 2004! I have No Income comming In. The only Thing I have Is medicade The Red card. cause my parole officer helped me got It In 2012. when I was living In Normansy Nursein center. Judge Autrey I'll Start my supervise Release over If thats what you and John Ross wants me To Do. And I'll put The GPS Box Back on my Ankle Also?!! I Done Lived In the cold on the streets? I Just have No place To Live at any-more. Judge Autrey I'll work For The Government If you don't send me Back To prison. Let my Attorney David Bruns know and The prosecutor know That I'll work For The Government If you all Don't send me Back To Bop? here's my Attorney office Number 314-832-02-02. I know a Lots of people That sell Drugs on The street, And I can get Them for you. But You Just got To give me an chance, To get Them off The street?!! I Don't wont To go Back To prison. I'll work on Deal out with you All. If you Don't send me Back To prison, Write me Back And Let me know.

What you say about me working for you all?!! And let my parole officer know that I'll work for the government, But first I got to have an place to live at first, Just write me back and let me know if I can work for the Federal government, I'm putting my life at risk, I'm go need an female to work with me so I can get some of these Drugs Dealers off the street. I'll go under the name of Little R, please Judge Autrey, Let me work for you all! I know a lots of Big Time Drug Dealers on the streets?!! If you cut me an break, I'll work for you all, But you got to write me Back and Let me know if you all go let me work for you all or not?!! I would Like to go to North View Village Nurseing home, you can talk to Mrs Ann Ross at the Nurseing home her number is 314-361-1300 I Been their Before, Just write me and let me know if I can work for you all. Let my Attorney know also! I Just Don't wont to go Back to Bop! half of my Family is Drug Dealers. They Don't Like me! I Just hope you give me another chance. Please. I Just wont to help you all. I'll Be Looking for an Letter From you I hope please Let me know if I can help you all out. But I'm go Need some help To get Those Drug Dealers off the street, ok

Richard Lee Russell-271192-044
St Charles County Jail
301 N. Second Street
St Charles MO. 63301

(Legal Mail Only)

RECEIVED
APR 16 2013
BY MAIL

To Henry E. Autrey, Federal Court Judge
United States District Court Judge
Eastern District of Missouri
111. South 10th Street Suite 2.325
St Louis MO
63102112875   63102

016H12650A925
$00.460
Mailed From 63301
US POSTAGE
Hasler