4-19-13
9+11:00 PM

Just One More Chance. Im Sorry for What Ever I Done.

RECEIVED APR 29 2013 BY MAIL

Judge Autrey Im writeing you to let you know that my parole officer, And my Attorney, David Bruns, wont Even send me an copy of my violation charge, I wont to know what Im being charse with on my violation, I done wrote my Attorney An letter Asking him for an copy of my violation, But he still won't send me an copy. I also like to know have my doctors Report came Back yet? plus my Attorney won't Answer None of my letters or call. If he's not go help me could I please get another Attorney thats go help me, my family also told me again that I could not come live with them, you know this is my First violation I got, I can't get my parole officer to send me an copy of my violation. Plus I have no place to live on the streets Any-more. My parole officer told me I could not go back to Normandy Nurseing Center, Judge Autrey Im letting you know. That I will start my supervise Release over I.F thats what you and my parole officer wont, plus I'll wear the GPS Box Again also, I Just hope you give me another chance sense This Is my First violation I got. I Never gave my P.O. no dirtys long As I been out!" Both of my parents are Dead! I lost every thing I ever had! I Just wonts to know what Im charse with on my violation! Could you send me an copy of my violation charge! I would like to know would you and my parole officer help me fine an place to live at If I don't have to go back to prison. I can't get my Attorney to send me an copy of my PSI Report. He wont do nothing for me at all

Thats why Im writeing you to let you know that David Druns aint doing nothing to help me. he also tols me he was comming out here to see me he, aint came yet! I Dont have nothing any-more no family to susport me, no place to live any-more, I just hope you let me start my paper over again. I only got 2, years left on supervise release, I come off (2-17-2015.) Im asking for your help Judge Autrey! I talk to Mrs Ann Ross at North view village she tols me I could come back their, but she got to talk to my parole officel first, her number is (314-361-1300) I just hope you dont send me back! Kerry at Normandy Nurseing center tols my parole officel John Ross, That I could not come back their! my attorney aint doing nothing for me at all, he wont even come see me, I dont even know what Im charge with on my violation, could you please send me an copy please! I Just wont to know whats going on with my case. I wrote my parole officel and I never heard nothing back from him! I just hope you and John Ross gives me an break! I wrote my Attorney 5. letters and I never heard nothing back from him! I Just needs an place to live, all I get is medicaid, my parole officel help me got that! every time I call my attorney he never do answers his phone! have you thought about what I ask you. I just wont to know what Im being charge with on my violation. Ill start my paper over if thats what you and John Ross and the prosecutor wants me to do for you all.

I just wont's to get this over with, my attorney ain't no help to me at all, I have no kind of paper work saying what I'm charge with on my violation, my parole officer and David Bruns won't send me no paper work! I would like an new attorney if David not go do any-thing for me, my attorney won't take no call from me, or answer any of my letters I write him, I just hope you give me another chance sense this is my first violation! how long its go take for my doctors report to come back to you all! could you please write me back and let me know whats going on with my case please, I have no place to live at & I lost my home in 2004! I can't get my attorney to send me an copy of my PSI or an copy of my charge! Do you know when my next court date is! I just hope you and my parole officer gives me another chance, I'm sitting up here not knowing nothing! I don't mine starting my paper over again. I just hope you give me another break I just hope you think about what I ask you I don't have nothing any-more! my attorney ain't no help to me! you just don't know what I'm going through with no family or an place to live? could you please write me back! how long its go take before you get me back in court all I won't is an copy of my PSI and an copy of my violation then I'll be ok. Please write back.



Richard Lee Russell-27182-044
+ Charles County Jail
301 N. Second Street
+ Charles MO. 63301

To. Judge, Henry E. Autrey
United States District Court Judge
Eastern District of Missouri
111. South 10th Street, Suite 2.
St Louis MO. 63102

To. Judge Federal Court Judge

RECEIVED
APR 29 2013
BY MAIL

Hasler
016H265004925
Mailed From 63301
US POSTAGE $00.460