**RECEIVED**
FEB 07 2014
BY MAIL

United States District Court
For the Eastern District of Missouri
Eastern Division (St. Louis)

## Request For Docketing Statement

From: Richard Russell

{ Case No: 4:13 CR 392 HEA
Case No: 4:04 CR 298 HEA
Case No: 4:10 CR 177 HEA

To: Clerk of Court, James G. Woodward.

Dear Clerk of Court James G. Woodard,

PLEASE FIND this Request to have your office send me an up to date copy of my Court Docketing Statement for the above cases. As of this time I do not have this information and need it for my records. Thank you for your time and consideration in this matter.

Sincerely,

Richard L Russell
Richard Russell
27182-044
F.C.I. Terre Haute
P.O. Box 33
Terre Haute, IN.
47808

Name Richard Russell
Reg. No. 27182-044

☐ Federal Prison Camp
   P.O. Box 1014
   Terre Haute, IN 47801
☒ Federal Correctional Institution
   P.O. Box 33
   Terre Haute, IN 47808
☐ U.S. Penitentiary
   P.O. Box 12015
   Terre Haute, IN 47801

INDIANAPOLIS IN 460
05 FEB 2014 PM 2 L

RECEIVED
FEB 07 2014
BY MAIL

6310211125 99

U S Courthouse
111 S 10TH ST
Circuit Clerk
Saint Louis, MO 63102
United States